[No. 9769–5–I. Division One. July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY ROBERT FLYGARE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00779–0, Stephen M. Reilly, J., entered January 5, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.

[No. 9706–7–I. Division One. July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02741–3, George H. Revelle, J., entered December 12, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 10189–7–I. Division One. July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS GILCHRIST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–03881–0, Maurice Epstein, J. Pro Tem., entered January 26, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Corbett, J.

[No. 10237–1–I. Division One. July 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH McDANIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–00510–3, Jack Richey, J. Pro Tem., entered May 11, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, A.C.J., and Callow, J.